UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT DIAMOND,<br><br>   Plaintiff,<br><br>vs.<br><br>JOUNCE THERAPEUTICS, INC., JIGAR RAYTHATHA, LUIS A. DIAZ, JR., BARBARA DUNCAN, ROBERT IANNONE, ROBERT KAMEN, PERRY KARSEN, RICHARD MURRAY, and LUISA SALTER-CID,<br><br>   Defendants. | Case No.: 1:23-cv-03053-JPC-JLC<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

  Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Robert Diamond ("Plaintiff") voluntarily dismisses his claims in the above captioned action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: July 31, 2023

                **BRODSKY & SMITH**

            By: *Evan J. Smith*
                Evan J. Smith
                240 Mineola Boulevard
                Mineola, NY 11501
                Phone: (516) 741-4977
                Facsimile (561) 741-0626

                *Attorneys for Plaintiff*

**OF COUNSEL**

Douglas Risen
Risen Law, LLC
1900 JFK Blvd., Suite 910
Philadelphia, PA 19103
Phone: 215.201.2824
drisen@comcast.net

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may file a notice of voluntary dismissal to dismiss her case without court order prior to any defendants appearing or answering. Accordingly, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.

August 1, 2023
New York, New York

                *John P. Cronan*
                JOHN P. CRONAN
                United States District Judge